Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Keon Lipscomb** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case Number: 23-1401 |
| | ) |
| **Tracy Joyner, Anton Frazier, Reed, Klieber, Wendes, Rob Jeffreys, Pontiac Correctional Center.** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the above mentioned case is remanded back to Livingston County Circuit Clerk.

**Dated: 12/11/2023**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge